**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PAMELA WEAVER,**

                **Plaintiff,**

**-vs-**                                          **Case No. 6:08-cv-454-Orl-18GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**

_____

## REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT AND THE SOCIAL SECURITY ACT (Doc. No. 22)** |
| **FILED:** | **October 15, 2008** |
| | **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**. |

On October 9, 2008, a judgment was entered remanding this case to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g). Doc. No. 19. Plaintiff now moves for an award of attorney fees to be paid directly to counsel for Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA") (the "Motion"). Doc. No. 22. Plaintiff requests attorneys' fees in the amount of $4,036.34. *Id.* In the Motion, counsel for Plaintiff, Richard A. Culbertson, Esq. states that he performed 2.7 hours of work on the case, and his associates, Charles L. Martin, Esq. and Perrie H. Naides, Esq., performed 3.0 hours and 17.50

1

hours of work on the case, respectively. *Id*. Plaintiff requests an hourly rate of $173.98 which does not exceed the Equal Access to Justice Act cap of $125 per hour adjusted for inflation. *See* Doc. No. 22-3 at 3. Plaintiff complied with Local Rule 3.01(g) and certifies that the Commissioner does not object to the fees requested. Doc. No. 22. Thus, the undersigned recommends that the Motion be GRANTED and the Commissioner be directed to pay $4,036.34 in attorneys' fees under the EAJA directly to Plaintiff's counsel, Richard A. Culbertson, Esq.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**RECOMMENDED** in Orlando, Florida on December 15, 2008.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE