UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAMELA WEAVER,

    Plaintiff,

-vs-                                          Case No. 6:08-cv-454-Orl-18GJK

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Unopposed Motion for Attorney's Fees (Doc. No. 22). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

ORDERED that the report and recommendation of the magistrate judge is hereby APPROVED. The Commissioner is directed to pay $4,036.34 in attorneys' fees to Plaintiff's counsel, Richard A. Culbertson, Esq.

It is SO ORDERED in Orlando, Florida, this ___7___ day of January, 2009.

                                                G. KENDALL SHARP
                                                Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge